Lanning M. Trueb, WBA #31389
TRUEB BERNE & BEARD, LLP
330 L Street, Suite 101
Anchorage, AK 99501
Phone: (907) 277-0161
Email: Ltrueb@tbmaritimegroup.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STUART ANTHONY,<br><br>                   Plaintiff,<br><br>       v.<br><br>NORTHERN DREAM, O.N. 672221,<br>and her engine, machinery, tackle,<br>gear, appurtenances, apparel, furniture<br>and equipment, *in rem,*<br>                   Defendant. | No. 3:25-cv-05083<br><br><br>VERIFIED COMPLAINT *IN REM*<br>FOR MARITIME PERSONAL<br>INJURY DAMAGES |

**ACTION UNDER SPECIAL RULE FOR SEAMEN TO SUE WITHOUT
SECURITY AND PREPAYMENT OF COSTS
(28 U.S.C. §1916)**

Plaintiff Stuart Anthony, through counsel Trueb Berne & Beard, LLP, alleges

the following causes of action *in rem* against Defendant, the vessel NORTHERN

DREAM, O.N. 672221, and her engine, machinery, tackle, gear, appurtenances,

apparel, furniture and equipment.

Complaint for Maritime Injury

Trueb Berne & Beard, LLP
330 L Street, Suite 101
Anchorage, AK 99501
907.277.0161

## JURISDICTION AND VENUE

1.    This is a case of admiralty and maritime jurisdiction as herein more fully appears.  This is an admiralty and maritime claim within the meaning of Fed. R. Civ. P. 9(h). This action is against the vessel, *in rem,* on which Plaintiff worked at the time of his injury.  All the *in rem* claims herein arise under the general maritime law, give rise to a preferred maritime lien, and are triable only on the admiralty side of this Honorable Court without jury. For the reasons noted more fully below, both jurisdiction and venue are appropriate before this Court.

2.    Plaintiff is a citizen of the United States of America and resides in Florida.

3.    Plaintiff, a seaman, was injured while in the service of the NORTHERN DREAM, O.N. 672221, while the vessel was on navigable waters in Alaska.

4.    The Defendant vessel NORTHERN DREAM, O.N. 672221, is a 60 foot, 47 gross ton yacht. Based upon information and belief the home port of this vessel is Anacortes, Washington. At all relevant times, the NORTHERN DREAM was capable of navigation.

5.    Based upon information and belief, at this time and during the pendency of this action the NORTHERN DREAM is/will be within the jurisdiction of this Court and subject to arrest. Jurisdiction and venue are, therefore, vested with this Court. Arrest is to be held in abeyance pending plaintiff's request to the Clerk that process be issued.

Complaint for Maritime Injury

Trueb Berne & Beard, LLP
330 L Street, Suite 101
Anchorage, AK 99501
907.277.0161

6.     On information and belief, at all material times Northern Dream Alaska Yacht Charters, LLC (herein after "NDAYC") was the owner and/or owner *pro hac vice* and/or operator and/or charterer and/or controller of the vessel NORTHERN DREAM, O.N. 672221.

7.     Plaintiff's injuries occurred on or about August 27, 2023.  Per 46 U.S.C. § 30106, plaintiff's claims are timely filed.

**CLAIMS FOR UNSEAWORTHINESS**

8.     Plaintiff hereby realleges and incorporates paragraphs 1-7.

9.     On or before August 27, 2023, plaintiff was engaged as a seaman by the vessel owner to be employed aboard the NORTHERN DREAM.

10.     On or about August 27, 2023, and while plaintiff was performing his duties aboard the vessel NORTHERN DREAM, and as a direct and proximate result of the unseaworthiness of the vessel NORTHERN DREAM, plaintiff incurred injury to his left shoulder, arm and other body parts, while, in furtherance of his duties, and while attempting to assist in mooring of the vessel, plaintiff was required to step onto a floating dock.  The floating dock was being covered by prevailing seas such that it was wet and at times partially submerged.  Unknown to plaintiff, the area of the dock he was required to step onto had algae and/or other organic material on it causing the dock to be unreasonably slippery.  When plaintiff stepped onto the dock, his foot immediately slipped out from under him – causing him to fall.  When he fell, he attempted to brace his

Complaint for Maritime Injury

Trueb Berne & Beard, LLP
330 L Street, Suite 101
Anchorage, AK 99501
907.277.0161

fall by reaching back with his left arm causing injury to plaintiff's left shoulder, arm and other body parts.

11.     A vessel owner has a non-delegable duty to provide a seaworthy vessel. This duty extends to training, policies and procedures to assure an adequately trained crew, assurance there are an adequate number of trained crew for all jobs performed, and the provision of a vessel, all vessel parts, and all vessel appurtenances that are reasonably safe for use and that are fit for their intended use. A breach of this duty gives rise to a preferred maritime lien against the vessel *in rem*.

12.     Defendant breached said duties in Paragraph 11 by, without limit, failure to have adequate and appropriate policies and procedures in place to assure all crew were trained for assigned tasks, failure to have adequately trained crew for mooring vessels, failure to have an adequate number of crew for mooring vessels, failure to moor the vessel along the dry areas of the dock; and failure to have in place policies and procedures for mooring to floating docks and/or use of appropriate gear when mooring to floating docks.

13.     As a direct and proximate result of said unseaworthiness as herein alleged, plaintiff was caused to suffer severe injuries, *inter alia*, to his left shoulder, arm and other body parts, and plaintiff suffered and may continue to suffer in the future, great amounts of physical pain with resultant physical disability and mental suffering.

Complaint for Maritime Injury

Trueb Berne & Beard, LLP
330 L Street, Suite 101
Anchorage, AK 99501
907.277.0161

14. As a direct and proximate cause of the above-described injuries, plaintiff was and is prevented from, and may in the future be prevented from, completely pursuing his regular occupation, and has suffered both past and future loss of income; as well as past and future pain and suffering, loss of enjoyment of life, physical disability, emotional and mental injury, reasonable and necessary medical expenses, and other general and special damages all in a sum in excess of One Hundred Thousand Dollars ($100,000.00), to be proven more definitely at trial in this matter.

## CLAIMS FOR MAINTENANCE AND CURE

15. Plaintiff hereby realleges and incorporates Paragraphs 1-14.

16. A vessel employer owes all seamen who become ill or injured while in the service of their vessel the no-fault maritime obligations of maintenance and cure.

17. The vessel employer's obligation to pay maintenance and cure is the most pervasive of all the obligations owed a seaman.

18. A breach of the vessel employer's obligation to pay maintenance and cure gives rise to a preferred maritime line – and as such, an *in rem* claim against the NORTHERN DREAM.

19. NDAYC was plaintiff's vessel employer.

20. NDAYC owed a duty to pay plaintiff maintenance and cure for the injuries plaintiff incurred aboard the vessel NORTHERN DREAM.

Complaint for Maritime Injury

Trueb Berne & Beard, LLP
330 L Street, Suite 101
Anchorage, AK 99501
907.277.0161

21.    While NDAYC has paid plaintiff's maintenance and cure, not all cure has been paid.  Defendant owes plaintiff all outstanding cure through MMI and is therefore in breach of its no-fault maritime injury obligations.

22.    Plaintiff also claims herein all future maintenance and cure to which he is entitled, all in an amount to be determined at trial.

**WHEREFORE, PREMISES CONSIDERED,** plaintiff prays this Court to hear his just cause of action, and that this Court require the defendant *in rem* to answer his just cause of action, and that he be awarded judgment against defendant as follows:

1.    That plaintiff be awarded past and future maintenance and cure against the *in rem* defendant in an amount to be more fully determined at trial in this matter;

2.    That plaintiff be awarded past and future compensatory damages, both general and special damages, and any other damages allowable under the general maritime law, against the *in rem* defendant, both jointly and severally, in a sum in excess of One Hundred Thousand Dollars ($100,000.00), in an amount to be more fully determined at trial in this matter;

3.    That plaintiff be adjudged a holder of a personal, preferred maritime lien against the vessel; and that the defendant NORTHERN DREAM be held to answer to an *in rem* judgement, with all available *in rem* procedures; and

Complaint for Maritime Injury

Trueb Berne & Beard, LLP
330 L Street, Suite 101
Anchorage, AK 99501
907.277.0161

4.      That plaintiff be awarded attorney fees, prejudgment interest, post-judgment interest, costs and any other relief in law or equity to which plaintiff is shown to be entitled.

DATED this 21st day of February, 2025.

TRUEB BERNE & BEARD, LLP
Attorneys for Plaintiff

By: *s/ Lanning M. Trueb*
        Lanning M. Trueb, WBA#31389
        330 L Street, Suite 101
        Anchorage, AK 99501
        Phone: (907) 277-0161
        Fax: (907) 277-0164

Complaint for Maritime Injury

Trueb Berne & Beard, LLP
330 L Street, Suite 101
Anchorage, AK 99501
907.277.0161

**VERIFICATION**

Lanning M. Trueb, deposes and says: Per the provisions of LAR 105, that he is the attorney for Plaintiff and makes this verification on his behalf; that he has read the above and foregoing Complaint *in rem*, knows the contents thereof, and the same is true to the best of his knowledge, information and belief, based upon the information furnished to him by Plaintiff.  Lanning M. Trueb makes this Verification per Plaintiff's authority, and for the reason that while Plaintiff has reviewed the substance of this Complaint, he is unable to sign the verification at this time because he is currently away from home and is not at a location where he is currently able to sign and return the Verification.

PER 28 U.S.C. §1746, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

*s/ Lanning M. Trueb*
Lanning M. Trueb

Complaint for Maritime Injury

Trueb Berne & Beard, LLP
330 L Street, Suite 101
Anchorage, AK 99501
907.277.0161